# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**518**

**CA 11-01622**

PRESENT: SCUDDER, P.J., SMITH, FAHEY, AND SCONIERS, JJ.

---

RONALD J. SCOTT AND SANDRA M. SCOTT,
PLAINTIFFS-APPELLANTS,

V                                                            ORDER

DANIEL MURCH AND DIIONE K. FOX-MURCH,
DEFENDANTS-RESPONDENTS.

---

DAMON MOREY LLP, BUFFALO (KARA M. ADDELMAN OF COUNSEL), FOR
PLAINTIFFS-APPELLANTS.

RUPP, BAASE, PFALZGRAF, CUNNINGHAM & COPPOLA LLC, ROCHESTER (ALISON
M.K. LEE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Yates County (W.
Patrick Falvey, A.J.), entered May 4, 2011 in a personal injury
action. The order, among other things, granted the motion of
defendants for summary judgment dismissing the complaint.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered: April 20, 2012                      Frances E. Cafarell
                                             Clerk of the Court